IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID A. TURNER, Former
Husband,

      Appellant,

v.

DEBORAH R. TURNER, Former
Wife,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2031

Opinion filed April 14, 2015.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

James L. Chase of James L. Chase & Associates, PLC, Pensacola, for Appellant.

E. Jane Brehany, Pensacola, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.